PROB 12A
(7/93)

# United States District Court

## for

### District of New Jersey
### Report on Offender Under Supervision

Name of Offender: Jerome Lewis

Cr.: 16-00046-002
PACTS #: 1541741

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/20/2016

Original Offense:    Count One: Conspiracy and Possession with Intent to Distribute 100 Grams or More of Heroin, 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

Original Sentence: 90 months imprisonment, four years supervised release, $100 Special Assessment

Special Conditions: Alcohol/Substance Abuse Testing and Treatment, No New Debt/Credit

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/23/2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | During a home visit at Jerome Lewis' residence on August 3, 2021, the undersigned officer conducted an inspection of the residence, which included Lewis' bedroom. While visually scanning the items on top of the dresser drawers, the undersigned officer observed a small box labeled MUHA MEDS Twilight Bliss Hybrid 1000mg. Upon closer inspection, the item's labeling indicated it was premium cannabis oil extract and cannabis infused terpenes with a THC level of 85%. When questioned, Lewis stated he did not know what it was and it was likely given to him at some point by someone, but that he never used it because he does not use drugs. The package was intact and not opened. Lewis signed a seizure declaration, agreeing to its confiscation by the probation officer. Thereafter, Lewis agreed and submitted to a random urinalysis, which was screened via a multi-panel instant test cup. The results were a presumptive positive for fentanyl and morphine. Lewis vehemently denied use of any illicit narcotics. As such, the urine specimen was packaged for national laboratory confirmation, to which the results are still pending. |

Prob 12A – page 2
Jerome Lewis

U.S. Probation Officer Action:

During the home visit, the undersigned officer reviewed the conditions of supervision with Lewis, reminding him that despite the recent legalization of marijuana in New Jersey, as an individual under federal supervised release, he is prohibited from possessing any narcotics, including marijuana. Lewis was informed that the Court would be notified of this, as well as the positive results from the instant urinalysis. At this time, we are requesting no court action from Your Honor, given Lewis' denial of any illicit drug use, as we await the confirming results from the national laboratory. If the results are positive for fentanyl and morphine, Lewis will be counseled by the undersigned officer as to honesty, integrity and the risk his substance abuse poses, as well as refer him to the appropriate level of substance abuse treatment. We will continue to monitor Lewis and keep the Court apprised of any changes or issues of noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Gisella M. Bassolino*

By:  GISELLA M. BASSOLINO
     Senior U.S. Probation Officer

/ gmb

APPROVED:

*Sharon O'Brien*   *August 9, 2021*
_____
SHARON O'BRIEN              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

8/31/21
_____
Date